UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANTEC CONSULTING SERVICES INC., : |  |
| Plaintiff, : |  |
| : |  |
| v.   : | No. 5:20-cv-06121 |
| : |  |
| MEHMET ARSLAN; : |  |
| GEORGE H WILLIAMS, JR.; : |  |
| BENJAMIN RENSHAW; and : |  |
| SARGENT & LUNDY LLC, : |  |
| Defendants. : |  |

**O R D E R**

**AND NOW**, this 30th day of September, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Motions for Preliminary Injunction, ECF Nos. 2 and 11, are **DENIED without prejudice**[1] without a hearing.
2. Plaintiff's Motion for Expedited Discovery, ECF No. 3, is **DENIED**.
3. Defendants' Motion to Dismiss, ECF No. 26, is , is **GRANTED in part and DENIED in part** as follows:
    A. The motion to dismiss Counts I and V is granted and these claims are dismissed without prejudice.
    B. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to these claims consistent with the Opinion.
    C. The motion to dismiss Count IV is denied.
4. The unopposed Motions to Seal, ECF Nos. 19, 23, 27, 30, are **GRANTED** as these documents contain confidential information and/or trade secrets.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] If Plaintiff obtains additional evidence or circumstances change prior to trial, the motion may be renewed.